IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO: 10-06528 (MCF) |
| MOISES MARTINEZ PAGAN | CHAPTER 13 |
| | ASSET CASE |
| Debtor | |

## DEBTOR'S OBJECTION TO CLAIM # 2-1 FILED BY PR ADQUISITIONS, LLC

**TO THE HONORABLE COURT:**

**COMES NOW** debtor, represented through its undersigned counsel and respectfully objects proof of claim number 2-1 filed by PR Acquisitions., LLC in the amount of $4,862.86 and assigns the following reasons for the same:

1) The proof of claim does not comply with Federal Rule of Bankruptcy Procedure 3001(c) because the claim is based on an alleged money loan, but no supporting documents are attached to the proof of claim.

2) The proof of claim filed fails to provide account transaction summary or other information that would show how the total amount claimed has been calculated. An itemization of the principal balance of the debt, interest and other charges (if any) is not attached to the proof of claim, as required by the instructions to Official Form 10.

3) The only document attached to the claim form is a "Bill of Sale and Assignment of Assets", which fails to provide any information related to the alleged debt

4) Debtor has not listed the claim, and does not acknowledge it.

5) As a result of PR Acquisitions., LLC's failure to comply with Federal Rule of Bankruptcy Procedure 3001(c), its proof of claim is not entitled to prima facie validity.

6) PR Acquisitions., LLC is a buyer of debts that repeatedly files undocumented, unsubstantiated proofs of claims in this Court. In this case only, it has filed 2 claims in this manner (Claim 1-1 & 2-1), in violation of Federal Rule of Bankruptcy Procedure 3001(c).

WHEREFORE debtor respectfully requests of this Honorable Court to disallow the proof of claim filed by PR Acquisitions., LLC, and order such other and further relief as is just and proper.

**NOTICE: Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this Motion has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this Motion with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the Motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

In San Juan P R this 27th day of September, 2010.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I have electronically filed this Motion with the Clerk of the Court using the CM/ECF System which sends notifications of such filings to registered parties, Chapter 13 Trustee and US Trustee Monsita Lecaroz ustpregion21.hr.ecf@usdoj.gov. I further certify that I have served copy of this document thereof in the US Mail to **PR Aqduisitions LLC**, 250 Muñoz Rivera Avenue Suite 1200, Hato Rey, Puerto Rico 00918, non CM/ECF participants, and to all parties in interest as per the attached master address list, copy of which is attached to this document.

/S/ ROSA E. HILERIO ECHEVARRÍA, ESQ.
Bar no: 221404
Attorney for: MOISES MARTINEZ PAGAN
PO Box 3289
Aguadilla, PR 00605
787-619-4610 /Fax-787-721-4648
e-mail: rosahilerio@yahoo.com

```
Label Matrix for local noticing          US Bankruptcy Court District of PR       CAVALRY PORTFOLIO SERVICES, LLC
0104-2                                   Southwestern Divisional Office            7 SKYLINE DRIVE, THIRD FLOOR
Case 10-06528-MCF13                      US Courthouse and Post Office Building    HAWTHORNE, NY 10532-2156
District of Puerto Rico                  93 Atocha Street, Second Floor
Ponce                                    Ponce, PR 00730-3759
Mon Sep 27 14:54:59 AST 2010

ISLAND FINANCE                           LCDA. MARIA LUISA ROJAS                   PR ACQUISITIONS LLC
PO BOX 71504                             PO BOX 1450                               250 MUNOZ RIVERA AVENUE SUITE 1200
SAN JUAN, PR 00936-8604                  MAYAGUEZ, PR 00681-1450                   HATO REY PR 00918-1814


WESTERNBANK                              JOSE RAMON CARRION MORALES                MOISES MARTINEZ PAGAN
PO BOX 1180                              PO BOX 9023884                            A 3 VILLA CAHAN
MAYAGUEZ, PR 00681-1180                  SAN JUAN, PR 00902-3884                   LAJAS, PR 00667


MONSITA LECAROZ ARRIBAS                  ROSA E. HILERIO ECHEVARRIA                End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)           PO BOX 3289                               Mailable recipients    10
OCHOA BUILDING                           AGUADILLA, PR 00605-3289                  Bypassed recipients     0
500 TANCA STREET  SUITE 301                                                        Total                  10
SAN JUAN, PR 00901-1938
```