# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## *Hearing Information:*

**Debtor**: MOISES MARTINEZ PAGAN
**Case Number**: 10-06528-MCF13                    **Chapter**: 13
**Date / Time / Room**: 4/6/2011 9:30 AM
**Bankruptcy Judge**: MILDRED CABAN FLORES
**Courtroom Clerk**: WILLIAM A. REYES-TORO
**Reporter / ECR**: CARLOS APONTE

## *Matter:*

MOTION FOR RELIEF FROM STAY UNDER §362 FILED BY BANCO POPULAR DE PUERTO RICO (#27)
DEBTOR'S ANSWER (#32)

## *Appearances:*

JOSE RAMON CARRION MORALES
ROSA E. HILERIO ECHEVARRIA
TANIA M VAZQUEZ MALDONADO

## *Proceedings:*

**ORDER:**

_____ Upon debtor(s)' failure to:_____ oppose;_____ appear at the hearing scheduled for this date;_____make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

_____ Debtor shall provide adequate protection to movant by:

_____curing the arrears as follows:__ pre-petition arrears within _____ days; __post-petition arrears within___days; ___by making timely payments to the Chapter 13 Trustee; ___by providing insurance until the debt is fully paid. The stay remains in full force and effect during that period of time. Upon failure to comply, the stay is lifted automatically.

_____ Parties are granted _____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

_____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

_____ Movant's application to withdraw the motion is hereby granted.

_____ Debtor shall show cause within twenty-one (21) days why the case should not be dismissed for failure to make current payments to the Chapter 13 Trustee.

_____ Movant's request to issue new summons is granted. Clerk to issue new summons.

_✓_ A Final Hearing will be scheduled for:___5 | 11 | 2011____ at _9:30 A_M. The stay remains in full force and effect pending the conclusion of the Final Hearing.

_____ Trustee to file motion to dismiss or convert within____days.

_✓_ 30-day determination period waived.

_____ Other:


/S/ MILDRED CABAN FLORES
U.S. Bankruptcy Judge